Juan Manuel **OROZCO–SOLIS**, Petitioner,

v.

Michael B. **MUKASEY**, Attorney General, Respondent.

No. 06–72347.

United States Court of Appeals, Ninth Circuit.

Submitted March 18, 2008.*

Filed March 21, 2008.

David N. Shomloo, Esq., Portland, OR, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel Department of Homeland Security, San Francisco, CA, District Counsel, Office of the District Counsel, Department of Homeland Security, Portland, OR, David M. McConnell, Papu Sandhu, Esq., DOJ—U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Before: CANBY, T.G. NELSON, and BEA, Circuit Judges.

MEMORANDUM **

Juan Manuel Orozco–Solis, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen removal proceedings due to ineffective assistance of counsel. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of discretion the BIA's denial of a motion to reopen, and review de novo claims of due process violations. *Mohammed v. Gonzales*, 400 F.3d 785, 791–92 (9th Cir.2005). We deny the petition for review.

Even if Orozco–Solis's counsel failed to inform him of his right to petition for review of its August 12, 2002 decision dismissing his appeal, Orozco–Solis did not argue the immigration judge erred in denying his original request to terminate proceedings, or otherwise identify a plausible ground of relief from removal, so his claim to ineffective assistance of counsel fails. *See Rojas–Garcia v. Ashcroft*, 339 F.3d 814, 826 (9th Cir.2003) (alien must show plausible grounds of relief from removal in order to establish prejudice).

**PETITION FOR REVIEW DENIED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.